UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SEAN CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00135-RLY-MG |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, ) | |
| EXPERIAN INFORMATION SERVICES, ) | |
| INC., and ) | |
| TRANSUNION LLC, ) | |
| ) | |
| Defendants. ) | |

**ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant TransUnion LLC, from this action with prejudice.[1] Under the Federal Rules of Civil Procedure, "no order is needed to effect a voluntary dismissal." *Jenkins v. Village of Maywood*, 506 F.3d 622, 623 (7th Cir. 2007); *see also Szabo Food Serv., Inc. v. Canteen Corp.*, 823 F.2d 1073, 1078 (7th Cir. 1987) ("The dismissal terminates the case all by itself.").

The court is cognizant that there is a circuit split over whether a Rule 41(a)(1) dismissal allows the surgical dismissal of a particular party and that this is apparently an issue of first impression in the Seventh Circuit. *Compare Pedrina v. Chun*, 987 F.2d 608,

---

[1] Defendants Pennymac Loan Services, LLC, and Family Horizons Credit Union were previously dismissed from this case. (*See* Filing Nos. 27, 36). Rule 41(a)(1)(A)(ii) does not require the signature of previously dismissed parties for an effective stipulation of dismissal. *See Raheem v. Cap. One Auto Fin., Inc.*, No. 1:23-cv-00823-RLY-CSW (S.D. Ind. Apr. 1, 2024) (Young, J.).

1

609 n.1 (9th Cir. 1993), *with Harvey Aluminum, Inc. v. Am. Cyanamid Co.*, 203 F.2d 105, 108 (2d Cir. 1953).  Construing Rule 41(a)(1)(A)(ii) to allow the plaintiff to dismiss fewer than all of the named defendants is "the sounder view" according with "the weight of judicial authority."  Wright & Miller, Federal Practice and Procedure: Civil 2d § 2362; *see also Van Leeuwen v. Bank of Am., N.A.*, 304 F.R.D. 691, 693 (D. Utah 2015) (collecting cases).  The Clerk is **DIRECTED** to remove TransUnion LLC, from the caption.

**IT IS SO ORDERED** this 8th day of August 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.