> ACKNOWLEDGED. Defendant Equifax is dismissed with prejudice. This case is now closed.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 1/24/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Sean Craig<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC, Experian Information Solutions, Inc., TransUnion LLC, Pennymac Loan Services, LLC, and Family Horizons Credit Union<br><br>    Defendants. | Civil Action No: 1:24-cv-00135-RLY-MG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO EQUIFAX INFORMATION SERVICES LLC

Comes now Plaintiff, Sean Craig, and Defendant, Equifax Information Services LLC, by counsel, and said parties having stipulated and agreed that all matters at issue herein have been amicably resolved and settled and that the Court may issue an Order dismissing Equifax Information Services LLC from this Action with prejudice, without costs, disbursements, or attorneys' fees to either party.

WHEREFORE, the parties move the Court to enter an Order in accordance with this stipulation.

Date: January 23, 2025

| | |
|---|---|
| */s/ Thomas E. Irons*<br>Thomas E. Iron<br>Sawin & Shea, LLC<br>4701 N. Keystone Ave, Suite 210<br>Indianapolis, IN 46205<br>Phone: (317) 255-2600<br>E-Mail: tirons@sawinlaw.com<br>*Attorney for Plaintiff Sean Craig* | */s/ N. Charles Campbell*<br>N. Charles Campbell<br>Equifax Information Services, LLC<br>1550 Peachtree Street, NE<br>Atlanta, GA 30309<br>Phone: 404-885-8066<br>E-Mail: charles.campbell@equifax.com<br>*Attorney for Defendant Equifax Information Services, LLC* |

1